**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES FREDERIC JONES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JOSEPH W. MOSS, Chief,<br><br>　　　　　Respondent. | Case No. EDCV 15-2558 DMG (SS)<br><br>**ORDER ACCEPTING AS MODIFIED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections.  After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, as modified to expressly reflect that Respondent's Motion to Dismiss is granted.

\\

\\

1     **IT IS ORDERED** that Respondent's Motion to Dismiss is
2 GRANTED.

3

4     **IT IS FURTHER ORDERED** that the Petition is DENIED and
5 Judgment shall be entered dismissing this action without
6 prejudice.

7

8     The Clerk of the Court is DIRECTED to serve copies of this
9 Order and the Judgment herein on Petitioner at his address of
10 record and on counsel for Respondent.

11

12     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

13

14 DATED: September 9, 2016

15

16                                               DOLLY M. GEE
17                                 UNITED STATES DISTRICT JUDGE