1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JAMES FREDERIC JONES,              Case No. EDCV 15-2558 DMG (SS)

12                    Petitioner,

13        v.                                           **JUDGMENT**

14   JOSEPH W. MOSS, Chief,

15                    Respondent.

16

17        Pursuant to the Court's Order Accepting as Modified

18   Findings, Conclusions and Recommendations of United States

19   Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed without prejudice.

23

24   DATED:   September 9, 2016

25                                           _____

26                                                      DOLLY M. GEE
                                             UNITED STATES DISTRICT JUDGE
27

28